IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**SEP 1 7 2009**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN RE:                                          )
                                                )
                                                )     Misc. No. 08-442 (TFH)
GUANTÁNAMO BAY                                  )
DETAINEE LITIGATION                             )
                                                )
_____               )
                                                )
AL QOSI,                                        )
                                                )
            Petitioner,                         )
                                                )
v.                                              )     Civil Action No. 1:04-cv-01937 (PLF)
                                                )
BARACK H. OBAMA,                               )
President of the United States, *et al.*,       )
                                                )
            Respondents.                        )
_____               )

## [PROPOSED] ORDER GRANTING
## PETITIONER'S CONSENT MOTION FOR AN EXTENSION OF TIME IN WHICH
## TO FILE THE TRAVERSE

Upon consideration of Petitioner's *Consent Motion for an Extension of Time in Which to File the Traverse*, it is hereby

**ORDERED** that the Motion is granted; Petitioner shall have through and including October 30, 2009 in which file the traverse.

SIGNED AND ENTERED this ___ day of _____, 2009.

_____
United States District Judge

D116652.1